MICHAEL W. FOSTER (State Bar No. 127691)
C. CHRISTINE MALONEY (State Bar No. 226575)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
cmaloney@fosteremploymentlaw.com

Attorneys for Defendant SODEXO, INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
1/31/2013

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUPE GUAJARDO,<br><br>    Plaintiff,<br>vs.<br><br>SODEXO, INC., AND DOES 1 TO 20,<br><br>    Defendants. | Case No. C12-04492 EJD MED<br><br>**STIPULATED DISMISSAL OF ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through their undersigned counsel stipulate and agree that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear their own costs and fees.

The Clerk shall close this file.

Dated: January 26, 2013

LAW OFFICE OF JOHN A. STONICH

John A. Stonich
Attorney for Plaintiff
LUPE GUAJARDO

Dated: January 29, 2013

FOSTER EMPLOYMENT LAW

C. Christine Maloney
Attorneys for Defendant
SODEXO, INC.